McKINNEY *v.* MORTON.

*Attorney General Patton, Ass't. Attorney General McGalliard, for the State.*

*W. H. Strickland, for defendant.*

---

ZEYLAND McKINNEY AND WIFE, RACHEL McKINNEY v. H. M. MORTON AND WIFE, SALLIE MORTON.

(Filed 26 March, 1958)

**Boundaries § 7—**

Plaintiff may not take a voluntary nonsuit in a processioning proceeding.

APPEAL by defendants from *Froneberger, J.,* at September 1957 Term, of MITCHELL.

Processioning proceeding for establishment of true location of dividing line between lands of petitioners and lands of respondents as set forth in pleadings filed.

Petitioners were permitted to submit to judgment as of voluntary nonsuit. Defendants excepted thereto, and from judgment signed appeal to Supreme Court and assign error.

*R. W. Wilson, for petitioners, appellees.*

*G. D. Bailey, W. E. Anglin, for defendants, appellants.*

PER CURIAM. Where, in a processioning proceeding, the only real controversy is as to the true location of the dividing line between the lands of the petitioners and of the respondents the cause should not be dismissed as in case of nonsuit. See *Cornelison v. Hammond,* 225 N.C. 535, 35 S.E. 2d 633; *Brown v. Hodges,* 230 N.C. 746, 55 S.E. 2d 498; *Plemmons v. Cutshall,* 234 N.C. 506, 67 S.E. 2d 501, under authority of which the judgment of voluntary nonsuit entered below is hereby

Reversed.